IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-CR-00105-GKF |
| ) | |
| CHARLES ALLEN LAMBRIGHT, ) | |
| ) | |
| Defendant. ) | |

AMENDED
ORDER OF CONDITIONAL RELEASE PURSUANT TO
TITLE 18, UNITED STATES CODE, SECTION 4243(f)

This Amended Order is submitted to revise the Order (Dkt. # 45) entered June 26, 2013, to delete any reference to Exhibits, which were not intended to be attached to the Order because they were attached to the sealed Motion (Dkt. # 44).

Before the Court is the government's motion for conditional release (Dkt. # 44). For good cause shown, the Court finds as follows:

By Order dated February 13, 2012, the defendant was committed to the custody of the Attorney General, pursuant to Title 18, United States Code, Section 4243(e), until his conditional release under a prescribed regimen of care and treatment would not create a substantial risk of bodily injury to another person or serious damage to property of another. The Warden at the Federal Correctional Complex, in Butner, North Carolina ("FCC Butner") has now

certified to the court pursuant to Title 18, United States Code, Section 4243(f), that the defendant has recovered from his mental disease or defect to the extent that his release under a prescribed regimen of medical, psychiatric or psychological treatment would no longer create a substantial risk of bodily injury to another person or serious damage to property of another.

**IT IS THEREFORE ORDERED**, pursuant to the provisions of Title 18, United States Code, Section 4243(f), that the defendant be conditionally released under the following specific conditions or regimen of care:

1. The defendant's term of supervision is for an unspecified term commencing upon release from confinement until notified by this Court. He shall report in person to the United States Probation Office, 333 West Fourth Street, Suite 3820, Tulsa, Oklahoma 74103-3819, telephone number 918-699-4800, within 72 hours of his release from the custody of the Bureau of Prisons unless prior arrangements have been approved between the defendant and the assigned United States Probation Officer or designee.

2. The defendant shall reside at the Country Lane Residential Care facility, 44455 E. 230 Road, Vinita, Oklahoma 74301. The owner and point of contact at the facility is Mr. Randy McKinney, office phone: 918-256-7368 and fax: 918-256-3306. Any changes in residence must be approved by the supervising United States Probation Officer. The defendant shall abide by all of

the rules established by the housing facility and his supervising United States Probation Officer.

3. The defendant shall remain under the supervision of the United States Probation Office for the Northern District of Oklahoma and comply with all of the standard conditions of supervision, and any other conditions adopted by that office, as well as the specific conditions set forth herein.

4. The defendant shall maintain active participation in a regimen of outpatient mental health care as directed by the United States Probation Officer. The Country Lane facility will set up the defendant's medical and mental health care with the physician, Dr. Martin Cooper.

5. The defendant shall continue to take such medications as shall be prescribed for him by the medical provider.

6. It shall be the duty and responsibility of the medical provider to promptly notify the United States Probation Office of any changes in the prescribed regimen of medical or psychiatric care. Specifically, the defendant's failure to cooperate or comply with the medication(s) or other requirements of the conditions listed.

7. The defendant will waive his rights to confidentiality regarding his mental health treatment to allow the information to be shared with the supervising United States Probation Officer, the United States Attorney's Office

and Federal Bureau of Prison officials, who will monitor the defendant's continued appropriateness for community placement.

8. The defendant shall abstain from the use of alcohol, illegal controlled substances, narcotics or drugs. He may be required to submit to testing for use of drugs and alcohol at the direction of the United States Probation Officer. He shall not frequent places where alcohol or illegal drugs are known to be the primary place of possession, manufacture, or distribution. If the defendant tests positive for alcohol or illegal drug use, he may be taken into custody and returned to court for further action.

9. As directed by the United States Probation Officer, the defendant shall notify third parties of any risk that may be occasioned by his criminal record, personal history or characteristics, and shall permit the United States Probation Officer to make such notifications and confirm his compliance with such notification requirement.

10. The defendant shall not have in his possession at any time actual or imitation firearms, destructive devices or other deadly weapons. At the request of a United States Probation Officer or any law enforcement officer, he shall submit to a search without a warrant of his person, property, including vehicle or premises for the purpose of determining compliance with this condition.

11. The defendant shall be restricted from travel outside of the local area except with the prior approval of the United States Probation Officer.

12. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the United States Probation Office. He shall provide the United States Probation Officer with access to any requested financial information.

13. The defendant shall not commit a federal, state, or local crime, and he shall immediately notify his United States Probation Officer if he is arrested or questioned by any law enforcement officer. He shall not associate with any person or persons engaged in criminal activity or associate with any person or persons convicted of a felony unless granted permission by his United States Probation Officer.

14. The defendant shall work regularly at a lawful occupation unless excused by the United States Probation Officer for schooling, training or other acceptable reasons.

15. Upon the recommendation of the medical provider or the United States Probation Officer, the defendant shall voluntarily admit himself into a hospital for treatment. If he refuses, involuntary state civil commitment procedures should be pursued and a local or state hospital should be utilized if possible. If local or state facilities are unable to ensure the safety of others, the

United States Probation Officer shall contact the Court for further instructions regarding the defendant's possible return to federal custody, preferably FMC Butner.

16.   It shall be the duty and responsibility of the United States Probation Office to notify and provide adequate documentation to Janet S. Reincke, the Assistant United States Attorney assigned to this case; Julia Lynn O'Connell, Federal Public Defender, defendant's counsel; the Honorable Gregory K. Frizzell, United States District Judge for the Northern District of Oklahoma; and the Warden of the Federal Medical Center, Federal Correctional Complex, Butner, North Carolina upon a request to modify or terminate the conditions of release.

17.   Annual Reports shall be filed by the U.S. Probation Office with the Court, with copies to the Assistant United States Attorney, Janet Sue Reincke; Julia Lynn O'Connell, Federal Public Defender, defendant's counsel; the Honorable Gregory K. Frizzell, United States District Judge for the Northern District of Oklahoma; and the Warden of the Federal Medical Center, Federal Correctional Complex, Butner, North Carolina.

18.   Prior to the actual date and time of release from the Bureau of Prisons and upon receipt and verification of a Court Order for Conditional Release, the Bureau of Prisons shall notify the appropriate persons, finalize release paperwork, make transportation arrangements, arrange an initial

appointment for mental health aftercare and contact the assigned United States Probation Officer.  The U.S. Probation Office will notify the Court of the actual release date.  The Bureau of Prisons shall release the defendant after all release arrangements are satisfactory and complete.

Dated: June 27, 2013.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT